# United States Court of Appeals
## For the First Circuit

_____

No. 24-8029

GUISTINA APRILEO,

Plaintiff - Respondent,

v.

CITY OF SPRINGFIELD; CHERYL CLAPPROOD, individually and as Police Commissioner, City of Springfield; OFFICER RICHARD T. WARD, individually and as Police Officer, Springfield Police Department; OFFICER THALIA CASTRO, individually and as Police Officer, Springfield Police Department; OFFICER JASON BACIS, individually and as Police Officer, Springfield Police Department,

Defendants - Petitioners.

_____

Before

Montecalvo, Kayatta and Rikelman,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: November 21, 2024

      Pursuant to 28 U.S.C. § 1292(b), the district court certified that a previously entered order granting in part and denying in part a motion for summary judgment "involves a controlling question of law as to which there is substantial ground for difference of opinion" and "that an immediate appeal from the order may materially advance the ultimate termination of the litigation." Defendants-petitioners then filed a petition for permission to appeal with this court. Plaintiff-respondent has not filed an answer. <u>See generally</u> Fed. R. App. P. 5.

      We express no view whatsoever as to relevant issues, but, having considered the district court's ruling and defendants-petitioners' filing with this court, we conclude that review is in order. The petition for permission to appeal is <u>granted</u>, and the summary judgment ruling at district court docket number 56 is certified for appeal. The appeal shall proceed as Appeal 24-2081. All papers filed in Appeal 24-8029 will be treated as if also filed in Appeal 24-2081. A briefing schedule will be entered in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Mark G. Mastroianni
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Anthony Gallant
Jason R. Herrick
Zachary Mark Strasser
Lisa Caryl deSousa
Kevin B. Coyle